IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50482
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JULIAN SUMMERS-MARTINEZ,
also known as Julian Ponciano-Acosta Jr.,
also known as Julian Alvarado-Summers,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-00-CR-1819-1
--------------------
December 12, 2001
Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Julian Summers-Martinez has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).  Summers-Martinez has received a copy of counsel's motion to withdraw and brief, and he has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue.  Accordingly, counsel's motion for leave

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. 5TH CIR. R. 42.2.